**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO AGRIO,<br>　　　　　Petitioner,<br>　　v.<br>E. VALENZUELA, *Warden*,<br>　　　　　Respondent. | Case No. LA CV 15-5164 R (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

//

//

//

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing the Petition as moot; and
3. The Clerk serve copies of this Order on the parties.

DATED: June 14, 2017

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE