JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO AGRIO,<br><br>                    Petitioner,<br><br>              v.<br><br>E. VALENZUELA, *Warden*,<br><br>                    Respondent. | Case No. LA CV 15-5164 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED AS MOOT** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Petition for Writ of Habeas Corpus as Moot and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED:  June 14, 2017

_____
        HON. MANUEL L. REAL
     UNITED STATES DISTRICT JUDGE